FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2022

JEFFREY P. COLWELL
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

___CHRISTOPHER J. CORDOVA_____, Plaintiff

v.

__NURSE KAUTZ_____

_____

__VICKIE NIRA_____

__JEREMY LONG_____

__ANDREA IBBISON_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

**Christopher J. Cordova #125101-PO.BOX 6000-Sterling,CO.**

(Name, prisoner identification number, and complete mailing address)

**80751**

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
__X__   Convicted and sentenced state prisoner
____    Convicted and sentenced federal prisoner
____    Other: *(Please explain)* _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  <u>Nurse Kautz-Nurse Practitioner-Sterling Correc-</u>
               (Name, job title, and complete mailing address)
            <u>tional Facility-PO.BOX 6000-Sterling,CO. 80751</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __X__ Yes ____ No *(check one).* Briefly explain:

<u>Did have consultation with Plaintiff concerning</u>
<u>serious condition, but failed to  treat said.</u>

Defendant 1 is being sued in his/her __X__ individual and/or ____ official capacity.

2

# AUTHORIZATION

I _Christopher J. Cordova_ , request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print) _Christopher Joseph Cordova_

Prisoner Signature: _Christopher Joseph Cordova_

Defendant 2:  Vickie Nira-Acting HSA-Sterling Correctional
(Name, job title, and complete mailing address)
Facility-PO.BOX 6000-Sterling, CO. 80751

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (*check one*).  Briefly explain:

Was informed of the procedures that were suppose

to be rendered to this Plaintiff, nothing done.

Defendant 2 is being sued in his/her **X** individual and/or ___ official capacity.

Defendant 3:  Jeremy Long-Doctor-Sterling Correctional Facility
(Name, job title, and complete mailing address)
PO.BOX 6000-Sterling, CO. 80751

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (*check one*).  Briefly explain:

Was the acting Doctor/Physician here at SCF, but

failed to treat Plaintiff of the serious hernia.

Defendant 3 is being sued in his/her **X** individual and/or ___ official capacity.


## C.  JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

**X**  42 U.S.C. § 1983 (state, county, and municipal defendants)

____  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

**X**  Other: (*please identify*)  Civil Rights violations

3

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: **PLAINTIFF'S 1st,8th Amend. Rights Violated by Defendant's.**

Supporting facts:

1. On or about August 26, 2020 Plaintiff filed an Informal Grievance against the named Defendant's for failing to render emergency medical treatment. On or about September 3, 2020 Plaintiff then filed a Step one Grievance concerning a serious medical need.

2. On or about September 29, 2020 Plaintiff after not receiving any medical treatment filed a Step two Grievance citing medical extreme indifference by named Defendant's. On or about December 19, 2020 Plaintiff filed a Step three Grievance which to date no treatment has been given.

3. Plaintiff also wrote the HSA A Ms. Vickie Nira who refused to treat Plaintiff concerning a serious medical nature by "Hernia" that was getting worse within the lower parts of his Stomach area and abdomen.

4. Plaintiff has exhausted all of his avenues for the procedures concerning the filing of this 42 U.S.C. §1983 Complaint.

4

D. STATEMENT OF CLAIMS
CLAIM ONE CONT.

Plaintiff'S FAMILY MEMBERS ALSO HAVE WRITTEN THE WARDEN OF THE
STERLING CORRECTIONAL FACILITY. Also the director of CDOC A
Mr. Dean Williams. Family has also placed calls to the Defendant'
which to date nothing has been done to treat the pain and suf-
fering of this Plaintiff.

The Plaintiff's Constitutional Rights to the First Amendment
have been violated and to procedural Due Process of Law in the
expression of his Grievances being unaddressed.

## D. CLAIMS CONT.

## Claim Two: **DEFENDANT'S ARE IN VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS UNDER THE EIGHTH AMENDMENT TO DELIBERATE INDIFFERENCE.**

Supporting Facts:

1. On or about February 08, 2021 after exhausting Steps one through three in the Grievance process Plaintiff submitted a medical kite to medical to be seen by Nurse Kautz who is the practitioner here at Sterling Correctional Facility herein after will be referred to as the (Nurse Practitioner) or Defendant #1.

2. Plaintiff's plea was to be seen immediately by medical staff for a worsening condition concerning his lower testicle area and in the lower abdomen section of the stomach. This was also causing severe Kidney pain due to the pressure caused by this injury.

3. On or about July of 2020 Plaintiff's Genesis of this injury began and he alerted the Defendant's who were residing in the SCF Medical department who knew of this serious medical condition , but refuse to do anything about it immediately, that was from a massive tear in the abdomen caused by hernia.

4. On or about December 14, 2020 Plaintiff sent another kite to medical requesting an appointment with (Nurse Practitioner) for the scheduling of a lower GI Specialist because Plaintiff was still in massive pain and discomfort, and his body was being compromised.

1

5. On or about August 13, 2020, Plaintiff sent another kite to then staff/contract worker for CDOC a Doctor Reichart asking to be seen and to have his Loctalose raised to 40 milligrams. Dr. Reichart is no longer employed by CDOC.

6. Plaintiff asserts that from September 22, 2020 to January 1, 2022-07-08, Plaintiff sent Kites to medical to be seen by (Nurse Practitioner) Kautz, and a Mrs. Ibbison requesting to be seen by a "Specialist" because of severe pain and a massive tear in his pelvis and to date no action has been taken.

Plaintiff was sent to Denver Health Medical Center" to be seen by a "Specialist", however, it was the wrong specialist, in which Plaintiff was seen by which is why he has been trying to obtain his medical records from the (SCF's) medical department who have not forward said records to Plaintiff for further clarification of the claims being presented within this "pro se" 42 U.S.C. §1983(d).

7. On or about April 21, 2021, Plaintiff received an official report in order to receive the proper evaluation by a Doctor Ibbison who stated that there were some signs of inflammation concerning acute hernia.      ,; On or about June 10, 2021 Defendant #2 responded to Plaintiff's kite stating that he had been scheduled for an outside consult and a CAT scan was performed on or about April 09, 2021, however, the results of said scan was never provided to this

2

Plaintiff concerning a severe tear in his lower abdomen and groin area with hernia.

8. Plaintiff received an appointment slip on or about October 13, 2021 stating that he had an appointment with a Dr. Long and could address his Chronic care concerns then. But, upon meeting with Dr. Long he stated that there was nothing that he could do, that it was up to CDOC's decision to approve the care needed for Plaintiff's injury.

9. On or about November 28, 2021 Plaintiff received information from Defendant #2 that Plaintiff was on the list to be seen by the surgeon, but eighteen weeks elapsed, and Plaintiff still wasn't taken to see the surgeon which in all has been eighteen months from the beginning of this injury occurring.

10. On or about April 12, 2021 Plaintiff received a message from a (Lisa M. Wiley) from the "Constituent Services Coordinator" stating that, "HSA Vickie Nira advised that a provider spoke to this offender on 03/10/21. She determined to put an outside consult in for a CT. Waiting on the results from them at this time. Once received, she will determine the next steps. The offender does have a follow-up appointment scheduled." (Ms. Lisa Wiley's Office is located at the CDOC Headquarters at 1250 Academy Park Loop, Colorado Springs, Colorado 80910).

3

11. Plaintiff states that this was in response to a message received from an Attorney (David Maxted at Maxted Law LLC, located at 1543 Champa Street, Suite 400, Denver, CO. 80202). Faxed a message to said (Lisa Wiley) **(See Exhibits    ).** On or about February 26, 2021 there was in fact a letter sent by said (MAXTED LAW FIRM) concerning the need for Plaintiff to be seen immediately by medical professionals specifically the letter was sent to the Director of CDOC a Mr. Dean Williams by (David G. Maxted) who pleaded for this Department to follow up on this emergency information.

12. Plaintiff states that to date he is still experiencing dizziness, nauseous, hurting when urinating, as well as blood in stool at certain times. Along with severe chronic pain in the testicles and kidneys.

The Defendant's are liable for their negligence with deliberate indifference to Plaintiff's medical needs, and to cruel and unusual punishment by willful and wanton conduct, individually withholding treatment that has caused worse damages for this Plaintiff.

13. On or about April 29, 2021 Plaintiff received a report from the "Banner Health of Sterling Regional Med Center" stating that only the right inguinal hernia was examined and not the reported lower groin GI, that would have shown a different tear within this area of the body. A Doctor Physician from

4

said medical Center stated to the Plaintiff that, "there was some internal tears within the lower GI, and that he could fix it."

However, Plaintiff was scheduled to be taken to said med center for this operation to be performed, but, was never taken by the Defendant's for said operation that would cure the "ACUTE HERNIA."

14. On or about January 6th 2022 Plaintiff went for another visit at the "Sterling Med Center" with the Provider who was the second consultation on or about January 6th 2022, in which said provider scheduled a visit to address the previous meeting concerning the medical evaluation. On or about February 23, 2022-07-08, Plaintiff sent another Kite to a Physician Assistant (Kevin Allen) about the delay in getting emergency medical attention. However, the response was that, the medical department was waiting on the March 25, 2022 surgeon referral to the biology department to progress.

15. Plaintiff's family members have been trying to receive Plaintiff's medical records in order to have separate consultation by family Physician, however, the medical department here art the Sterling Correctional Facility has continuously denied this request. At no time have these Defendant's informed this Plaintiff concerning his medical condition, but Plaintiff had to find out about his lower severe groin injury through an Attorney who notified

5

the Administrative head in CDOC Headquarters. Plaintiff was employed at the Facilities Industry program, in which he originally suffered the injury to the lower groin area with the pain and suffering from "acute hernia" which would be verified through a proper evaluation by the Defendant's.

Plaintiff asserts that the above stated claims concerning liability upon the Defendant's and violations pursuant to the First, Fourth, Eighth, and Fourteenth Amendments to the United States Constitution to arbitrary and capricious acts against the Universal sense of justice. By deliberate indifferent to Plaintiff's emergency medical needs and incompetence concerning acts of malpractice, which Staff/Contract workers in their individual capacities with willful and wanton conduct, and who are not protected under the Doctrine of the Immunity Clause.

The Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendant's unless this court grants the declaratory and injunctive relief, which Plaintiff seeks.

6

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully prays that this court enter judgment

granting Plaintiff. A declaration that the acts and omissions described herein

violated Plaintiff's rights under the Constitution and laws of the United States;

and any other relief under the Laws of the Great States of Colorado.

Respectfully submitted,

_____

7

## E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes**X** ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  _____

Docket number and court:  _____

Claims raised:  _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:  _____

Result on appeal, if appealed:  _____

## F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

**X**  Yes ___ No (*check one*)

Did you exhaust administrative remedies?.

**X**  Yes ___ No (*check one*)

5

**G. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1.) Plaintiff seeks declaratory judgment that the acts and omissions described herein violate his civil rights under the constitution.

2.) A Preliminary and permanent injunction ordering Defendat's Nira and Kautz to cease from practicing illegally under the laws. From the illegal treatment rendered Plaintiff.

3.) Granting Plaintiff compensatory damages in the amount of $50,000.

4.) Plaintiff seeks punitive damages in the amount of one million ($1,000,000) dollars against each DEFENDANT jointly and severally.

5.) A Jury trial is requested at this time on all issues.

**H. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Christopher Joseph Cordivia*
(Plaintiff's signature)

7-20-22
(Date)

(Form Revised December 2017)

6

## CERTIFICATE OF SERVICE

I, do certify under the penalty of perjury that I have served all parties with

a copy of **PLAINTIFF'S PRISONER'S COMPLAINT PURSUANT TO 42**

**U.S.C. §1983 ALONG WITH ATTACHMENTS,** and through counsel of

record by placing true and correct copy of the same by placing it in the U.S.

mail, postage prepaid and properly addressed to the following:

Dated this the ___ day of July 2022.


COLORADO DEPARTMENT OF LAW
Ralph L. Carr, Colorado Judicial Center
Attorney General
1300 Broadway, 10th Floor
Denver, CO. 80203

OFFICE OF THE CLERK
ALFRED A. ARRAJ UNITED STATES
COURTHOUSE Room-A105
Denver, CO. 80294-3589

S/ *Chris J. Cordova Christopher Joseph Cordova*
Christopher J. Cordova #134414
PO.BOX 6000
Sterling, CO. 80751
PLAINTIFF PRO SE

8

Foster

AR Form 850-04B (12/01/18)

## Offender Grievance



**Offender Must Complete**

Name: Christopher Joseph Cordova | DOC #: 1251 d1

Grievance number (complete for Steps 2 and 3, only): C-SF20/21-00177594-2

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.) — *This space must remain blank*
2. Clearly state basis for grievance or grievance appeal. — *This space must remain blank*
3. State specifically what remedy you are requesting. — *This space must remain blank*
4. Remedy must remain consistent. — *This space must remain blank*

**Subject of Grievance and Requested Meaningful Remedy:**

THE NATURE OF THIS GRIEVANCE IS DUE TO MEDICAL NEGLECT IN THE MIDST OF A LIFE THREATN-
ING ILLNESS. IN JULY I BEGAN EXPERIENCING A SEEDING SENSATION IN MY LOWER ABDOMINAL
REGION, WHICH LED TO PAINFUL TESTICULAR DISCOMFORT. ADDITIONAL PROGRESSIVE
SYMPTOMS INCLUDED BLURRY VISION, ALTERED EQUILIBRIUM, HOT/COLD FLASHES,
CRAMPS IN LOWER ABDOMINAL REGION, DIZZINESS, NAUSEA, ALONG WITH SPELLS
OF FEELING FAINT. I'VE EXPERIENCED KIDNEY PAIN WHICH HAS PROGRESSED
INTO SHARP PAINFUL BURNING IN MY KIDNEY'S. MAJORITY OF THIS TIME I'VE
BEEN INDEXED TO THE CONFINEMENTS OF MY CELL BED. MANY MEDICAL KITES, MULTIPLE
MEDICAL EMERGENCIES, TWO MEDICAL RELEASE FORMS, AND ONE LOST STOOL SAMPLE
LATTER AND MY CONDITION CONTINUES TO WORSEN. DUE TO THIS GROSS NEGLIGENCE
MY LIFE MAY BE IN DIRE JEOPARDY. TO WHAT MAY HAVE BEEN PREVENTED (LOSS
OF LIFE), WITH PROPER TREATMENT MAY NOW BE OR BECOME UNTREATABLE. ON THE DAY
OF MY COLONOSCOPY (8/31/2020) MEDICALLY I WAS FAILED TO BE PREPPED BY S.C.F. MED.
STAFF WITH MAGNESIUM-CITRATE PRIOR TO MY PROCEDURE. DUE TO THIS GROSS NEGLIGENCE
I HAVE FAINTED 3 TIMES FROM THE EFFELTS TO WHICH I AM NOW STILL SUFFERING WHICH RE-
QUIRED EMERGENCY MEDICAL CARE. MY KITES THAT WERE EVENTUALLY RESPONDED TO
WAS WITH AN HEIR OF INDIFFERENCE TO MY DETERIATING CONDITION, I WAS SENT TO A
G.I.S. (GASTRONAL SPECIALIST) WHEN IN FACT I NEEDED A LOWER G.I. FOR THIS IS
WHERE THE ISSUE RESIDES.

Offender Signature: Chris J. Cordova | Date: 12-19-20
*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

**Case Manager/CPO Must Complete** | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one)  1  2  ③

Signature: C_____

Print Name and DOC Employee ID #: C. May  714 | Date received: 12-21-2_

Attachment B
Page ___

RECEIVED
DEC 30 2020
BY:

DEC 23 2020

---

## TO BE COMPLETED BY GRIEVANCE COORDINATOR

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

Date 12/30/2020    Grievance Coordinator & ID # STUCKY, JESSICA (22673)

### RESPONSE

I have reviewed your Step 3 grievance that you filed with regard to medical (colonoscopy prep).

The Step 3 grievance that you filed in this matter is inconsistent with your Step 1 and Step 2 grievances that were previously considered. The grievance procedure is outlined in Administrative Regulation 850-04. Only one issue may be addressed, per grievance. In AR 850-04 at D. 7. it states, "All issues and remedies contained in the original grievance must be incorporated into each subsequent step of the grievance. Failure to renew each element of the complaint and/or requested relief in subsequent steps shall be deemed a waiver of those elements and/or requested remedy."

Your Step 1 & 2 Remedies request that the OIG investigate this issue and that the CMO review your case and assign appropriate treatment. The Step 3 fails to provide a clearly stated remedy.

You failed to follow the grievance procedure in this matter; you have not exhausted your administrative remedies. This is the final administrative action in this matter.

## TO BE COMPLETED BY RESPONDER

Date 01/22/2021    Responder Name & ID # GRIFFITH, MARSHALL (14298)    Response Date 01/27/2021

Disposition    **Not exhausted**

## TO BE COMPLETED BY OFFENDER

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

Offender Name CORDOVA, CHRISTOPHER    DOCNO 125101    Grievance # C-SF20/21-00177594-3

Date: 2-2-21 | Offender Signature: Chris J. Cordova

Original: Department file/AIC    Copies: Administrative Head, Offender

OFFENDER GRIEVANCE (cont.)

REMEDY: THAT THE OIG MAY APPOINT ME DUE PROCESS BY INVESTIGATING THE UNPROFESSIONALISM AND INDIFFERENCE APROPIATED TO MY HEALTH NEEDS OVER A PERIOD OF 7 MONTHS AND COUNTING VIA 1150-04 (PRO-FESSIONAL STANDARDS INVESTIGATIONS), IN SO DOING THAT MY HEALTH IS MADE A PRIORTY AS THE SEVERITY OF MY HEALTH ISSUES WARRANTS.

OFFENDER SIGNATURE: _____ DATE: 12-19-20

AR Form 850-04B (12/01/18)

## Offender Grievance

**Offender Must Complete**

Name: Chris Cordova

DOC #: 125101

Grievance number (complete for Steps 2 and 3, only):

Instructions:

| | |
|---|---|
| 1. Fill out identifying data in space provided. (Must be legible.) | *This space must remain blank* |
| 2. Clearly state basis for grievance or grievance appeal. | *This space must remain blank* |
| 3. State specifically what remedy you are requesting. | *This space must remain blank* |
| 4. Remedy must remain consistent. | *This space must remain blank* |

**Subject of Grievance and Requested Meaningful Remedy:**

INFORMAL GRIEVANCE WAS TURNED IN AND NOT ANSWERED ON LINE 1 OF STEP ONE. THE NATURE OF THIS GRIEVANCE IS DUE TO MEDICAL NEGLECT IN THE MIST OF A LIFE THREATING CRISIS!. IN JULY I STARTED FEELING A SEEPING FEELING IN MY LOWER AB'S THAT LED TO A PAINFUL TESTICULAR DISCOMFORT. ADDITIONAL PROGRESSIVE SYMPTOMS INCLUDE BLURY VISION, EFFECT'S ON MY EQUILIBRIUM, HOT/COLD FLASHES, CRAMPS IN LOWER ABS, DIZZINESS, NAUSEA, FEELING FAINT. IN THE PAST 2 WEEKS I'VE EXPERIENCED SOME INITIAL KIDNEY PAIN TO NOW A SHARP PAINFUL BURNING IN MY KIDNEY'S. MUCH OF THIS TIME I SPENT BED RIDDEN. 10+ MEDICAL KITES, 4 MEDICAL EMERGENCIES, 2 MEDICAL RELEASE FORMS, AND ONE LOST STOOL SAMPLE LATER AND I'M STILL IN EXCRUCIATING PAIN AND FEEL AS IF I'M ON DEATH'S DOOR. I FEEL I MAY LOSE MY LIFE BEFORE MEDICALS NEGLECT IS DISCOVERED. I WAS CALLED INTO MEDICAL FOR A SCHEDULED COLONOSCOPY THIS MORNING  8-31-20 AT 8:00 AM AFTER CONSULTING WITH THE OUTSIDE MEDICAL PROVIDER IT WAS DETERMINED THAT S.C.F. MEDICAL FAILED TO PREP ME WITH THE MAGNESIUM-CITRATE NEEDED THE NIGHT BEFORE THE PROCEDURE. THE REMEDY I REQUEST IS FOR THE OIG TO INVESTIGATE MEDICALS UNPROFESSIONAL CONDUCT PER 1150-04 ( PROFESSIONAL STANDARDS INVESTIGATIONS) AND THAT DOC'S CHIEF MEDICAL OFFICER REVIEW MY CASE AND ASSIGN THE NECESSARY AND APPROPRIATE TREATMENT.

Offender Signature: Christopher J Cordova      Date: 9-3-20

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

**Case Manager/CPO Must Complete**

Facility/Unit/Pod/Parole Office/Community Corrections Center:

Step (Circle one)  (1)  2  3

Signature:

Print Name and DOC Employee ID #:                Date received:

Attachment B
Page 1 of 1

AR Form 850-04A (12/01/18).

**Informal Resolution**

| Offender Must Complete |  |
|---|---|
| Name: *Christopher J. Cordova* | DOC #: *125101* |

**This form used for INFORMAL RESOLUTION ONLY**

Instructions:

| | |
|---|---|
| 1. Fill out identifying data in space provided. (Must be legible.) | *This space must remain blank* |
| 2. Clearly state basis for grievance or grievance appeal. | *This space must remain blank* |
| 3. State specifically what remedy you are requesting. | *This space must remain blank* |
| 4. Remedy must remain consistent. | *This space must remain blank* |
| 5. Signatures of Parties present for resolution attempt. | *This space must remain blank* |

Subject of Grievance and Requested Meaningful Remedy:

The nature of this grievance is due to medical neglect in the mist of a life threatening crisis! In early July I started feeling a seeping feeling in my lower abs that led to a painful testicular discomfort. Additional progressive symptoms include blury vision, effect's on my equilibrium, hot/cold flashes, cramps in lower abs, Dizziness, nausea, feeling faint. In the past 2 weeks I've experienced some initial kidney pain to now a sharp painful burning in my kidneys. Much of this time I spend bed ridden. 10+ medical kites, 4 medical emergencies, 2 medical release forms, and one lost stool sample later and I'm still in excruciating pain and feel as if I'm on Death's Door. I feel I may lose my life befor medicals neglect is discovered. The remedy I request is for the OIG to investigate medical's unprofessional conduct per 1150-04 (professional standards investigations) and that DOC's Chief medical officer review my case and assign the necessary and appropriate treatment.

Offender Signature / Date: *Chris J. Cordova 8-26-20*

Response from affected area of case manager or community parole officer:

Resolution:

☐ Issue Resolved   ☐ Step I Grievance Issued   ☐ Non-Grieveable per 850-04

| Offender Signature: | Date: |
|---|---|
| DOC Employee Signature: | Date: |

Attachment A
Page 1 of 1

AR Form 850-04B (12/01/18)

Offe-     Grievance

**Offender Must Complete**

Name: Christopher Joseph Cordova     DOC #: 125101

Grievance number (complete for Steps 2 and 5, only): C-SF20/21-00177594-1

Instructions:
1. Fill out identifying data in space provided. (Must be legible.)   *This space must remain blank*
2. Clearly state basis for grievance or grievance appeal.   *This space must remain blank*
3. State specifically what remedy you are requesting.   *This space must remain blank*
4. Remedy must remain consistent.   *This space must remain blank*

**Subject of Grievance and Requested Meaningful Remedy:**

Informal Grievance was turned in and not answered by Level 1 of step one. The nature of this grievance is due to medical neglect in the mist of a life threating crisis. In July I started feeling a cupping feeling in my lower AB's that led to a painful testicular discomfort. Additional progressive symptoms include blury vision, effect's on my equilibrium, hot/cold flasher, cramps in lower AB's, dizziness, nausea, feeling faint. In the past 2 weeks I've experienced some initial kidney pain to now a sharp painful burning in my kidneys, much of this time I spent bed ridden, 10+ medical kites, 4 medical emergencies, 2 medical release forms, and one last stool sample later and I'm still in excruciating pain and feel as if I'm on death's door. I feel I may lose my life before medical neglect is discovered. I was called into medical for a scheduled colonoscopy this morning 8-29-20 at 8:00am after consulting with the outside medical provider. It was determined that S.C.F. medical failed to prep me with the magnesium-citrate needed the night before the procedure.

THE REMEDY: I request for the OIG to investigate medicals unprofessional conduct per 1190-04 (Professional Standards Investigations) and that DOC's Chief Medical Officer review my case and assign the necessary and appropriate treatment. My symptoms are more severe and progressing with new symptoms of migraines, pressure in my head, and frequent blood in my stool. I pray this will expedite my procedure. This is clearly deliberate indifference. Please help, I'm dying.

Offender Signature: Chris J Cordova     Date: 9-29-20

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

Case Manager/CPO Must Complete     Facility/Unit/Pod/Parole Office/Community Corrections Center: SCF Un1 C202     Step (Circle one) 1 ②  3

Signature: ___

Print Name and DOC Employee ID #: Chris Foster     15058     Date received: 10-2-2020

Attachment B
Page 1 of 1

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

Date 10/05/2020   Grievance Coordinator & ID # WILSON, NICOLE (8219)

RESPONSE

Mr. Cordova you were seen by Denver health on 10/22/2020. Instructions to take daily medications to prevent constipation and straining.

show no current kites regarding continuing problems.

Please kite your provider for follow up as needed.

Thank you.

**TO BE COMPLETED BY RESPONDER**

Date 10/05/2020   Responder Name & ID # NIRA, VICKIE (20347)     Response Date 12/16/2020

Disposition   Denied

**TO BE COMPLETED BY OFFENDER**

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

Offender Name CORDOVA, CHRISTOPHER     DOCNO 125101   Grievance # C-SF20/21-00177594-2

Date: 10-18-20   Offender Signature: Chris J Cordova

Original: Department file/AIC     Copies: Administrative Head, Offender

## REQUEST FOR SICK CALL

NAME: Chris Cordova NUMBER: 135101

DATE: 8-13-20 LIVING UNIT: 10-202

WORK ASSIGNMENT: C I VM

**Offender needs to be seen by: (CHECK ONLY ONE)**

☑ Physician Assistant/Nurse Practitioner

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name: _____

___ Prescription Number: _____

☑ Other: Dr. Reinhart

Explain your need for request: Can you
please raise my Lortalise
to 40 ML instead of 40-6ml

Offender's request was received at Dispensary:

Date: _____ By: m Caavee

Action Taken: m Caavee

2XK3 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

---

## REQUEST FOR SICK CALL

NAME: Chris Cordova NUMBER: 135101

DATE: 8-15-20 LIVING UNIT: 10-202

WORK ASSIGNMENT: C I

**Offender needs to be seen by: (CHECK ONLY ONE)**

☑ Physician Assistant/Nurse Practitioner

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name: _____

___ Prescription Number: _____

___ Other: _____ 4 3354 (a)

Explain your need for request: Can you
please up my dose in
Lortalise to 40 m. onaday?

Offender's request was received at Dispensary:

ate: _____ By: _____

ction Taken: non medicine is not
increased to BID

K3 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

as needed morning, afternoon and night. please ~~thank~~ thank you, because you have me on 10-mL. at night only and this is definetly not effective or convient. Thanks again.

Thank you.

Message from Medical
Name Cordova, Christopher
DOC # 125101
UNIT 18-202
Date 12/23/21

I will be your new provider. I have
reviewed your records. Your previous
provider requested an HT-48 scan,
which was approved and is coming
up. I am unable to "speed up the process"
as you requested, as all procedures
must first be approved by CHP, and
then are scheduled with the schedule
for the specialist. I have no control
over those events. There is only
an emergency, so try to remain calm
until your procedure. If you are
need having a medical emergency
you will need to declare it and

REQUEST FOR SICK CALL

NAME: Chris Cordova  NUMBER: 125101
DATE: 2-23-22  LIVING UNIT: 18-202
WORK ASSIGNMENT: C.T. M.M.

**Offender needs to be seen by: (CHECK ONLY ONE)**

✓ Physician Assistant/Nurse Practitioner
  Kevin Alley    We are waiting an 3/25/22
                 the surgeons referral to
___ Dentist      Urology to progress.
___ Nurse
___ Mental Health
___ Self Medication: Refill Name: ___
    Prescription Number: ___
___ Other: ___

Explain your need for request: Can you please
speed up the procedure
in my surgery I am →

Offender's request was received at Dispensary:
Date: ___  By: ___
Action Taken: ___

2005S Distribution: White Copy-Dispensary  Canary Copy-Medical  Pink Copy-Offender

MASTER

suffering badly I am
in terrible discomfort-
ing pain. It's going on
2 years I have tears in
my left and right groin
its painful it collapsed
caved in. It feels like
I've been stabbed with
a jagged knife all the
way ~~across~~ my
lower groins It doesn't
heal it's getting worse.
I really need help I
know my own body it's
severe and chronic
I need surgery badly
please help me thank
you and God Bless
Sincerely
~~Robin D. Mother~~

pay the co-pay. It It is not a medical
emergency, you can rest-assured.
~~post-you~~ ~~Inmates~~ ~~is~~ ~~suffer~~ you
have to end or live with pain.

4-303

## REQUEST FOR SICK CALL

NAME: Chris Cordova   NUMBER: 125101

DATE: 2-8-21   LIVING UNIT: 10-202

WORK ASSIGNMENT: C.T.A.m.

**Offender needs to be seen by: (CHECK ONLY ONE)**

✓ Physician Assistant/Nurse Practitioner   Mrs. Ivvoson

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name: ___

___ Prescription Number: ___

___ Other: ___

**Explain your need for request:** I need to see you as soon as possible I am not getting better →

**Offender's request was received at Dispensary:**

Date: ___   By: ___

Action Taken: Not will be made

C 202

---

## REQUEST FOR SICK CALL

NAME: Chris Cordova   NUMBER: 125101

DATE: 6-29-22   LIVING UNIT: 10-202

WORK ASSIGNMENT: ___

**Offender needs to be seen by: (CHECK ONLY ONE)**

___ Physician Assistant/Nurse Practitioner

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name: ___

___ Prescription Number: ___

✓ Other: Request for medical records.

**Explain your need for request:** I need copies of my medical records especially on my groins →

**Offender's request was received at Dispensary:**

Date: ___   By: ___

Action Taken: ___

MASTER

20053 Distribution: White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

right and left side. I am in severe pain and total discomfort with numerous symptoms. They last 2 specialists I saw said it is severe. But Doe had them looking in the wrong area and not my groin area. So do I have to suffer more than the 2 1/2 years that has passed. Whats the problem. The Doctor said he would see it and speed up the process. This is terrible I am suffering greatly. The second specialist was going to fix it but you changed Drs and

at all. I am in even more pain than before. I need a lower ultra sound on my lower abdomen. And I need to know what the results of my ultra sound on my testicles are. And why didn't they do an ultra sound on my lower abdomen? Because this is where the primary injury is, and I feel my insides or guts coming out. My kidneys are still in massive pain, and blood in my stool most of the time. I'm dizzy, faint, with massive Migraine head aches, with pain in my testicles as well. Not

## REQUEST FOR SICK CALL

Military Copy(Medical)    Pink Copy-Offender

NAME: Chris Corderva   NUMBER: 125104

DATE: 5-19-21   LIVING UNIT: 10-202

WORK ASSIGNMENT: C.T.

**Offender needs to be seen by: (CHECK ONLY ONE)**

✓ Mrs. Ibbison
✓ Physician Assistant/Nurse Practitioner

_____ Dentist

_____ Nurse

_____ Mental Health

_____ Self Medication: Refill Name:

Prescription Number:

_____ Other:

Explain your need for request: I was
wondering when you
will schedule me for →

Offender's request was received at Dispensary:

Date: _____ By: _____

Action Taken: _____

20053 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink ...

---

## REQUEST FOR SICK CALL

Wurdy Copy(Medical)    Pink Copy-Offender

NAME: Chris Cordova   NUMBER: 125101

DATE: 10-10-21   LIVING UNIT: 10-202

WORK ASSIGNMENT: C.T.

**Offender needs to be seen by: (CHECK ONLY ONE)**

_____ Physician Assistant/Nurse Practitioner
You have a outside
Consult they have approved
Now we wait. if it i they
✓ Nurse Vickie N. will schedule
HSA N   an appoint.

_____ Dentist

_____ Mental Health

_____ Self Medication: Refill Name:

Prescription Number:

_____ Other:

Explain your need for request: I Just
recieved 2 letters from
AW Attorney David Maxted

Offender's request was received at Dispensary:

Date: _____ By: Vicki Over

Action Taken: _____

20053 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink ...

→ Law Firm. One was sent February 28th 2021, and one April 14th 2021, stating that I have a severe hernia that needs treatment immediately, and he sent this letter to Dean Williams Executive Director, Jeff Long the ~~executive and Lisa Wiley~~ and Sherrie Daigle. So they are aware of my condition so is my whole family. I can't work in this condition I have been suffering badly for 11 months now. So get me the help I need. Thank you.

an appointment to give me the results of my Cat-Scan 4-9-21 on my lower abdomen. I know it is a severe hernia that needs treated quickly. I hope you have scheduled me soon for surgery, because I am suffering badly ~~I'm in massive pain~~ and I can't sleep as well with many other symptoms. Please help.

Thank you
Chris Corbra

# REQUEST FOR SICK CALL

NAME: Chris Cordova   NUMBER: 125101

DATE: 11-28-21   LIVING UNIT: 1C-202

WORK ASSIGNMENT: C.F. A.M.

**Offender needs to be seen by: (CHECK ONLY ONE)**

\_\_\_\_ Physician Assistant/Nurse Practitioner

\_\_\_\_ Dentist

✓ Nurse Vickie NIRA

\_\_\_\_ Mental Health

\_\_\_\_ Self Medication: Refill Name: _____

Prescription Number: _____

\_\_\_\_ Other: _____

Explain your need for request: I am still suffering badly the Doctor I went to see on my →

**Offender's request was received at Dispensary:**

Date: _____   By: _____

Action Taken: You are on the list with the provider Just waiting For the surgan to schedule you.

20053 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

outside consult said
I have a double
groinal hernia and an
unbilical hernia as
well. The Doctor said
he was going to
schedule me in 2
weeks its going on
18 weeks since he
scheduled me. And
it's going on 18 months
of massive pain and
discomfort. Its worse
than I thought I need
treatment please help
me and schedule me
Quit making me wait
I'm suffering badly.
Thanks God Bless.
P.S. The Doctor said its severe!



DAVID G. MAXTED • dave@maxtedlaw.com        RACHEL Z. GEIMAN • rachel@maxtedlaw.com
p 720.717.0877 • f 720.500.1251        p 773.543.9546 • f 720.500.1251

February 26, 2021

Dean Williams, Director
Colorado Department of Corrections
1250 Academy Park Loop
Colorado Springs, CO 80910

Jeff Long, Warden
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO 80751

**Via email:**
Dean Williams, Dean.williams@state.co.us
Jeff Long, jeff.long@state.co.us
Lisa Wiley, Lisa.wiley@state.co.us
Sherrie Daigle, Sherrie.daigle@state.co.us

**Re:    Request Regarding Medical Care for Christopher Cordova, DOC # 125101**

Dear Director Williams:

We are writing to request medical assistance for Chris Cordova, an inmate at Sterling Correctional Facility (SCF). In early July of 2020, Mr. Cordova began experiencing serious pain in his lower abdomen and testicles. He had been told he had a massive tear in his lower abdomen that could be a severe hernia. He requested medical attention and was sent to a doctor—however, rather than looking at his lower abdomen, the doctor performed an ultrasound of Mr. Cordova's upper abdomen. This obviously did not reveal any problems, and Mr. Cordova was sent back to SCF without proper treatment.

Mr. Cordova has been sending kites and filing grievances over this issue since last August. Although he has occasionally been seen at West Medical, he has not received any helpful medical treatment. For the past seven months, Mr. Cordova has been in severe pain. He feels dizzy and nauseous; urinating hurts, and there is blood in his stool. He feels pain in his testicles and kidneys. These symptoms have not gone away with time, and they have made it difficult or impossible for Mr. Cordova to complete his work assignments. He has sent kites explaining these symptoms in detail and requesting treatment, but he has been told that his medical issues are not urgent and has not been sent to a hospital that can properly diagnose and treat him.

It appears that Mr. Cordova has a very serious untreated medical issue that has been repeatedly ignored or minimized. We ask you to ensure that he is immediately sent to a hospital for a full evaluation and treatment for his condition.

Please do not hesitate to contact us with any questions.

Sincerely,

*s/ Rachel Geiman*

_____

Rachel Z. Geiman
David G. Maxted
Maxted Law LLC
1543 Champa Street Suite 400
Denver, CO 80202
www.maxtedlaw.com
rachel@maxtedlaw.com
dave@maxtedlaw.com
Phone: 773-543-9546
Fax: 720-500-1251

2



**MAXTED LAW**

p  720.717.0877 • f  720.500.1251 • 1543 Champa Street • Suite 400 • Denver, CO 80202 • dave@maxtedlaw.com • maxtedlaw.com

April 24, 2021

Chris Cordova
DOC # 125101
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

**LEGAL MAIL—PRIVILEGED AND CONFIDENTIAL**

Dear Mr. Cordova,

     We have reached out to DOC several times now on your behalf. Please see the letter to DOC and the follow-up emails included with this letter.

     We are also sending you back documents that you mailed us. Please let us know if there is anything you sent us still missing. As a reminder, we do not represent you, and do not have an ongoing attorney-client relationship.

     We wish you all the best in the future.

                             Sincerely,

                             *s/ David G. Maxted*

                             David G. Maxted
                             Rachel Z. Geiman
                             Maxted Law LLC
                             1543 Champa Street Suite 400
                             Denver, CO 80202
                             www.maxtedlaw.com
                             Fax: 720-500-1251

**Banner Health**

Patient: CORDOVA, CHRISTOPHER
MR#: 134414
DOB: 8/5/1971   Sex: Male

## COMPUTED TOMOGRAPHY

**Report:**

IMPRESSION:
Fat-containing umbilical hernia

No evidence of obstruction or free air or other abnormality of the enteric
structures

Changes of obstipation


The workstation used in generating this report was CRISRM20086199.

***** Final Report *****

Dictated Date/Time:  04/09/21 09:06 am MDT
DANIEL R                                          Interpreted By:  ALZHEIMER MD,

Signature Date Time:  04/09/21 09:06 am MDT :DRA
DANIEL R                                              Signed By:  ALZHEIMER MD,

Electronically Signed

Report last revised on 4/9/2021 09:26 MDT by ALZHEIMER MD,DANIEL R

FROM:Banner Health TO:95218815 04/09/2021 13:23:49 #492 P.003/004

**Banner Health**

STERLING REGIONAL MEDCENTER
615 Fairhurst Street
Sterling, CO 80751-4523

Admitting Physician:PHYSICIAN DO,X
Ordering Physician:IBBISON,ANDREA NIXT
Consulting Physician:

**CORDOVA, CHRISTOPHER**

MR#: 134414
DOB: 8/5/1971        Sex: Male

Admit Date: 4/9/2021
FIN: 49292592
Patient Type: Outpatient
Location: 72 CAT
Copy to Physician: IBBISON,ANDREA NIXT

## COMPUTED TOMOGRAPHY

| CT Pelvis W/ Contrast | Exam Date/Time 4/9/2021 08:47 MDT | Accession Number: 72-CT-21-0001324 |
|---|---|---|

**Reason For Exam**
(CT Pelvis W/ Contrast) RIGHT INGUINAL HERNIA

**Addendum**
Prostate and bladder are unremarkable as well

The workstation used in generating this report was CRISRM20086199.

***** Final Report *****

Dictated Date/Time: 04/09/21 09:26 am MDT DANIEL R

Signature Date Time: 04/09/21 09:26 am MDT :DRA DANIEL R

Interpreted By: ALZHEIMER MD,

Signed By: ALZHEIMER MD,

Electronically Signed

**Report:**
CT scan of the pelvis

History is blood in stools

CT scan of the pelvis undertaken utilizing spiral technique following administration of 100 cc of Isovue 370.

FINDINGS:

The visualized kidneys are normal. The enteric structures show no evidence of ileus, obstruction or free air. There is no significant diverticular burden to the colon. There is no obturator or iliac adenopathy appreciated. There is no evidence of inguinal hernia seen. There are changes of obstipation with feces in the colon. The patient shows a fat-containing umbilical hernia. The osseous structures are unremarkable

IBBISON,ANDREA NIXT
PO BOX 6000
STERLING, CO 80751-

Page 1 of 2
Printed:4/9/2021 08:51 MS
Report Request ID:585952868

**Lisa M. Wiley**
**Constituent Services Coordinator**

**COLORADO**
Department of Corrections

P 719.226.4569
1250 Academy Park Loop, Colorado Springs CO 80910
**lisa.wiley@state.co.us | cdoc@state.co.us | https://cdoc.colorado.gov/**

[Quoted text hidden]

---

**Wiley - DOC, Lisa** <lisa.wiley@state.co.us>                    Mon, Apr 12, 2021 at 2:42 PM
To: Rachel Geiman <rachel@maxtedlaw.com>

Good afternoon,
Please see below follow up from Sterling Correctional Facility.
Kind regards,
Lisa

**Lisa M. Wiley**
**Constituent Services Coordinator**

**COLORADO**
Department of Corrections

P 719.226.4569
1250 Academy Park Loop, Colorado Springs CO 80910
**lisa.wiley@state.co.us | cdoc@state.co.us | https://cdoc.colorado.gov/**

---------- Forwarded message ---------
From: **Benson - DOC, Vicki** <vicki.benson@state.co.us>
Date: Mon, Apr 12, 2021 at 2:39 PM
Subject: Re: Chris Cordova DOC # 125101 - Request for Medical Treatment
To: Wiley - DOC, Lisa <lisa.wiley@state.co.us>
Cc: Jeff Long - DOC <jeff.long@state.co.us>, Zwirn - DOC, Jason <jason.zwirn@state.co.us>, Barbara Mayhugh - DOC <barbara.mayhugh@state.co.us>

HSA Vickie Nira advised that a provider spoke to this offender on 03/10/21.  She determined to put an outside consult in for a CT.  Waiting on the results from them at this time.  Once received, she will determine the next steps.  The offender does have a followup appointment scheduled.

Thank you.

On Fri, Feb 26, 2021 at 2:30 PM Wiley - DOC, Lisa <lisa.wiley@state.co.us> wrote:
Good afternoon,
Please see below/attached letter from an attorney for Cordova #125101.  Please handle as you determine to be appropriate.
Best regards,
Lisa

**Lisa M. Wiley**
**Constituent Services Coordinator**

**COLORADO**
Department of Corrections

P 719.226.4569
1250 Academy Park Loop, Colorado Springs CO 80910
**lisa.wiley@state.co.us | cdoc@state.co.us | https://cdoc.colorado.gov/**

 Gmail

Rachel Geiman <rachel@maxtedlaw.com>

## Chris Cordova DOC # 125101 - Request for Medical Treatment
7 messages

**Rachel Geiman** <rachel@maxtedlaw.com>
Fri, Feb 26, 2021 at 2:00 PM
To: dean.williams@state.co.us, lisa.wiley@state.co.us, jeff.long@state.co.us, sherrie.daigle@state.co.us
Cc: David Maxted <dave@maxtedlaw.com>

Good afternoon,

Please see the attached letter on behalf of Mr. Chris Cordova.

Best,

Rachel

--

Rachel Z. Geiman

Maxted Law LLC

1543 Champa Street Suite 400

Denver, CO 80202

www.maxtedlaw.com

rachel@maxtedlaw.com

Phone: 773-543-9546

Fax: 720-500-1251

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner. Thank you.

 **2021-02-26 Cordova Letter DOC.pdf**
141K

**Wiley - DOC, Lisa** <lisa.wiley@state.co.us>
Fri, Feb 26, 2021 at 2:30 PM
To: Rachel Geiman <rachel@maxtedlaw.com>
Cc: Dean Williams - DOC <dean.williams@state.co.us>, "Long - DOC, Jeff" <jeff.long@state.co.us>, Sherrie Daigle - DOC <sherrie.daigle@state.co.us>, David Maxted <dave@maxtedlaw.com>

Good afternoon, Ms. Geiman
I have referred your letter to Vickie Nira, Health Services Administrator for Sterling Correctional Facility and Regional Health Services Administrator Tina Cullyford for review.
Kind regards,
Lisa

[Quoted text hidden]

--
**Vicki Benson**
**SCF Administrative Assistant**

 **COLORADO**
**Department of Corrections**
Sterling Correctional Facility

P 970-521-8954 | F 970-521-8913
12101 Highway 61, Sterling, CO  80751
vicki.benson@state.co.us | www.doc.state.co.us

---

**David Maxted** <dave@maxtedlaw.com>                              Wed, Apr 14, 2021 at 1:22 PM
To: Rachel Geiman <rachel@maxtedlaw.com>
Cc: dean.williams@state.co.us, "Wiley - DOC, Lisa" <lisa.wiley@state.co.us>, jeff.long@state.co.us, "Daigle - DOC, Sherrie" <sherrie.daigle@state.co.us>

Good afternoon, I am following up on this medical issue for Chris Cordova, DOC 125101. My understanding is that Mr. Cordova received a scan on 4/9 regarding what appears to be a hernia, but he has not been informed of the results or provided necessary surgery or other appropriate treatment to date. I am therefore writing to again request that he receive immediate care for this issue. He is in constant daily pain and the serious symptoms described in this letter have continued. My belief based on the symptoms and typical intervention for a hernia is that it likely requires surgery. Please review this matter and let me know if you have any questions.

Thank you,
David Maxted
[Quoted text hidden]
--

David Maxted

Maxted Law LLC

1543 Champa Street Suite 400

Denver, CO 80202

www.maxtedlaw.com

dave@maxtedlaw.com

Phone: 720-717-0877

[Quoted text hidden]

---

**Wiley - DOC, Lisa** <lisa.wiley@state.co.us>                      Wed, Apr 14, 2021 at 1:24 PM
To: David Maxted <dave@maxtedlaw.com>
Cc: Rachel Geiman <rachel@maxtedlaw.com>, Dean Williams - DOC <dean.williams@state.co.us>, "Long - DOC, Jeff" <jeff.long@state.co.us>, "Daigle - DOC, Sherrie" <sherrie.daigle@state.co.us>

Good afternoon,
Your email has been forwarded to Sterling Correctional Facility Health Services Administrator Vickie Nira.
Kind regards,
Lisa

**Lisa M. Wiley**
**Constituent Services Coordinator**

 Gmail

Rachel Geiman <rachel@maxtedlaw.com>

## Chris Cordova DOC # 125101 - Request for Medical Treatment

7 messages

**Rachel Geiman** <rachel@maxtedlaw.com>                                          Fri, Feb 26, 2021 at 2:00 PM
To: dean.williams@state.co.us, lisa.wiley@state.co.us, jeff.long@state.co.us, sherrie.daigle@state.co.us
Cc: David Maxted <dave@maxtedlaw.com>

Good afternoon,

Please see the attached letter on behalf of Mr. Chris Cordova.

Best,

Rachel

--

Rachel Z. Geiman

Maxted Law LLC

1543 Champa Street Suite 400

Denver, CO 80202

www.maxtedlaw.com

rachel@maxtedlaw.com

Phone: 773-543-9546

Fax: 720-500-1251

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner. Thank you.

 **2021-02-26 Cordova Letter DOC.pdf**
141K

**Wiley - DOC, Lisa** <lisa.wiley@state.co.us>                                          Fri, Feb 26, 2021 at 2:30 PM
To: Rachel Geiman <rachel@maxtedlaw.com>
Cc: Dean Williams - DOC <dean.williams@state.co.us>, "Long - DOC, Jeff" <jeff.long@state.co.us>, Sherrie Daigle - DOC <sherrie.daigle@state.co.us>, David Maxted <dave@maxtedlaw.com>

Good afternoon, Ms. Geiman
I have referred your letter to Vickie Nira, Health Services Administrator for Sterling Correctional Facility and Regional Health Services Administrator Tina Cullyford for review.
Kind regards,
Lisa

**Lisa M. Wiley**
**Constituent Services Coordinator**

**COLORADO** | Department of Corrections

P 719.226.4569
1250 Academy Park Loop, Colorado Springs CO 80910
lisa.wiley@state.co.us | cdoc@state.co.us | https://cdoc.colorado.gov/

[Quoted text hidden]

---

**Wiley - DOC, Lisa** <lisa.wiley@state.co.us>                    Mon, Apr 12, 2021 at 2:42 PM
To: Rachel Geiman <rachel@maxtedlaw.com>

Good afternoon,
Please see below follow up from Sterling Correctional Facility.
Kind regards,
Lisa

**Lisa M. Wiley**
**Constituent Services Coordinator**

**COLORADO** | Department of Corrections

P 719.226.4569
1250 Academy Park Loop, Colorado Springs CO 80910
lisa.wiley@state.co.us | cdoc@state.co.us | https://cdoc.colorado.gov/

---------- Forwarded message ---------
From: **Benson - DOC, Vicki** <vicki.benson@state.co.us>
Date: Mon, Apr 12, 2021 at 2:39 PM
Subject: Re: Chris Cordova DOC # 125101 - Request for Medical Treatment
To: Wiley - DOC, Lisa <lisa.wiley@state.co.us>
Cc: Jeff Long - DOC <jeff.long@state.co.us>, Zwirn - DOC, Jason <jason.zwirn@state.co.us>, Barbara Mayhugh - DOC <barbara.mayhugh@state.co.us>

HSA Vickie Nira advised that a provider spoke to this offender on 03/10/21. She determined to put an outside consult in for a CT. Waiting on the results from them at this time. Once received, she will determine the next steps. The offender does have a followup appointment scheduled.

Thank you.

On Fri, Feb 26, 2021 at 2:30 PM Wiley - DOC, Lisa <lisa.wiley@state.co.us> wrote:
Good afternoon,
Please see below/attached letter from an attorney for Cordova #125101. Please handle as you determine to be appropriate.
Best regards,
Lisa

**Lisa M. Wiley**
**Constituent Services Coordinator**

**COLORADO** | Department of Corrections

P 719.226.4569
1250 Academy Park Loop, Colorado Springs CO 80910
lisa.wiley@state.co.us | cdoc@state.co.us | https://cdoc.colorado.gov/

## REQUEST FOR SICK CALL

NAME: Chris Cordova NUMBER: 125101

DATE: 7-31-20 LIVING UNIT: 1C-202

WORK ASSIGNMENT: C.T. A.M.

Offender needs to be seen by: (CHECK ONLY ONE)

✓ Physician Assistant/Nurse Practitioner

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name: _____

Prescription Number: _____

___ Other: _____

Explain your need for request: Just so you know I flushed my system all 4 times 2 last night drink 2 this →

Offender's request was received at Dispensary:

Date: 7/23/20 By: (initials)

Action Taken: Seen on 7/22

20053 Distribution: White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

---

## REQUEST FOR SICK CALL

NAME: Chris Cordova NUMBER: 125101

DATE: 12-14-20 LIVING UNIT: 1A-203

WORK ASSIGNMENT: C.T. A.M.

Offender needs to be seen by: (CHECK ONLY ONE)

✓ Physician Assistant/Nurse Practitioner Mrs. Kautz

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name: _____

Prescription Number: _____

___ Other: _____

Explain your need for request: Please don't forget to reschedule me to see a lower G.I →

Offender's request was received at Dispensary:

Date: _____ By: _____

Action Taken: _____

20053 Distribution: White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

morning and my waste was very dark each time, and I took the samples back last night at 5:00 o'clock. I still feel miserable and like I'm going to pass out at times, I feel like I am still plugged up.

① Am I food poisoned or not I hope these tests show because I really feel sick and is there an infection, or something going on, and is there some kind of antibiotics that I can take, because this can maybe be in infection. Thanks and God Bless you all.

② Am I food poisoned its been 30 days often I tested possible so please get me the medical attention I need thank you, and God Bless

specialist because I am still in massive pain and discomfort and my body is in compromise now that I have had COVED

Sincerely
Chris Vonthu

A324

## REQUEST FOR SICK CALL

NAME: Chris Cordova NUMBER: 125101

DATE: 9-22-20 LIVING UNIT: 10-262

WORK ASSIGNMENT: C I A m

Offender needs to be seen by: (CHECK ONLY ONE)

___ Physician Assistant/Nurse Practitioner

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name:

Prescription Number:

✓ Other: Dr. Reichart

Explain your need for request: Can you please see me as soon as possible I cont?

Offender's request was received at Dispensary:

Date:

Action Taken:

20053 Distribution: White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

---

## REQUEST FOR SICK CALL

NAME: Chris Cordova NUMBER: 125101

DATE: 12-6-20 LIVING UNIT: 14-203

WORK ASSIGNMENT: C I A193

Offender needs to be seen by: (CHECK ONE)

✓ Physician Assistant/Nurse Practitioner   Mrs Ivvoson

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name:

Prescription Number:

___ Other:

Explain your need for request: Please dont forget to reschedule me to see a lower GI →

Offender's request was received at Dispensary:

Date: ___ By: ___

Action Taken: Only grievances are seen...

20053 Distribution: White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender



feeling miserable. my kidneys hurt very bad on a scale 1-10 a 10. And my lower Pelvis stomach and Pelvis area does it feel good at all, And I am feeling faint alot and dizzy often and my testicles hurt very bad Thank and God Bless

Sincerely [signature] (302)

Specialist, because I have a massive tear in my lower Pelvis area and my testicles are in severe pain as well. And it's been 20 days since I tested positive for COVED and my body was definetly comprimised and it's going on 6 1/2 months of pain and discomfort The nurse in med line said you are my new medical provider. Thanks and God Bless

# REQUEST FOR SICK CALL

NAME: Chris Cordova   NUMBER: 125101

DATE: 1-21-21   LIVING UNIT: 1A - 203

WORK ASSIGNMENT: C I A.m

**Offender needs to be seen by: (CHECK ONLY ONE)**

_____ Physician Assistant/Nurse Practitioner

_____ Dentist

_____ Nurse

_____ Mental Health

_____ Self Medication: Refill Name: _____

Prescription Number: _____

_____ Other: _____

Explain your need for request: I really need medical attention as soon as possible. My body can only take

**Offender's request was received at Dispensary:**

Date: _____   By: _____

Action Taken: _____

## REQUEST FOR SICK CALL

NAME: Chris Cordova NUMBER: 125101 LIVING UNIT: 1C-202

DATE: 6-29-22

WORK ASSIGNMENT:

Offender needs to be seen by: (CHECK ONLY ONE)

___ Physician Assistant/Nurse Practitioner

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name:

Prescription Number:

✓ Other: Request for medical Records. I need Copys
of my medical Reards especially on my groins →

Explain your need for request:

Offender's request was received at Dispensary:

Date: _____ By: _____

Action Taken: _____

20063 Distribution: White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

---

## REQUEST FOR SICK CALL

NAME: Chris Cordova NUMBER: 125101 LIVING UNIT: 1C-202

DATE: 2-8-21

WORK ASSIGNMENT: C.F. V.M.

Offender needs to be seen by: (CHECK ONLY ONE)

✓ Physician Assistant/Nurse Practitioner
Mrs. IVVOSON

___ Dentist          C 202

___ Nurse

___ Mental Health

___ Self Medication: Refill Name:

Prescription Number:

___ Other:

Explain your need for request: I need to
see you as soon as possible
I am not getting better →

Offender's request was received at Dispensary:

Date: _____ By: _____

Action Taken: Apt will be made

right and left side. I
am in severe pain and
total discomfort with
numerous symptoms. They
last 2 specialists I saw
said it is severe. But
the Doctor had them looking in
the wrong area and not
my groin area. So do I
have to suffer more than
the 2 1/2 years that has
passed. Works the problem
The Doctor said he would
See it and speed up the
process. This is terrible
I am suffering greatly.
The second specialist was going
to fix it but my blood Dr's and

at all. I am in even more
pain than before. I need
a lower ultra sound on my
lower abdomen. And I need
to know what the results
of my ultra sound on my
testicles and Why didn't
they do an ultra sound on
my lower abdomen? Because
this is where the primary
injury is, and I feel my
insides or guts coming
out. My kidneys are still
in massive pain, and blood
in my stool most of the time,
I'm dizzy, faint, with massive
Migraine headaches
in my testicles as well. Not

# REQUEST FOR SICK CALL

NAME: Chris Cordova  NUMBER: 135101

DATE: 3-9-21  LIVING UNIT: 10-202

WORK ASSIGNMENT: C.I.

Offender needs to be seen by: (CHECK ONLY ONE)

_____ Mrs. Ibbison ✓
Physician Assistant/Nurse Practitioner

_____ Dentist

_____ Nurse

_____ Mental Health

_____ Self Medication: Refill Name: _____

Prescription Number: _____

_____ Other: _____

Explain your need for request: I was hoping you
rescheduled me to see a lower
G.I specialist so I can be →

Offender's request was received at Dispensary:

Date: _____  By: _____

Action Taken: _____

20059 Distribution: White Copy-Dispensary  Canary Copy-Medical  Pink Copy-Offender

treated and diagnosed. Especial
to get an MRI in my lower
abdomen area, I repeat my
lower, lower abdomen where my
hair line is. You still havent called
me in to give me the results on
my ultra-sound on my testicles
yet. My lower abdomen is still
in massive pain. And there's blood
in my stool constantly. I'm dizzy,
nauslated all the time and I can't
sleep at all, and my kidneys are
killing me badly. I'm getting bad
migraine headaches and sharp
pains in my testicles and lower
abdomen. This is going on 8
months now, and you sent me
to the wrong G.I. specialist.
You sent me to an upper G.I.
specialist. You said you're
scheduled me as soon as possible
and I am still waiting. Why?



**Message from Medical**

Name: Cordova, Christopher

DOC #: 125101

UNIT: LL i-C

Date: 10/13/21

You are followed by Dr. Long, and already have an appointment to follow up with him. You may address your chronic care concerns with him at your upcoming appointment.

Message from Medical
Name Cordova, Christopher
IOC #
INIT
Lab

Your CT scan showed a fat containing umbilical hernia. The surgical consult request was approved. An appointment with the surgeon will be scheduled by Banner Health. I will follow up with you after that.

**REQUEST FOR SICK CALL**

NAME: Chris Cordova NUMBER: 125 101

DATE: 2-23-22 LIVING UNIT: 10-202

WORK ASSIGNMENT: C.I. H.M.

**Offender needs to be seen by: (CHECK ONLY ONE)**

✓ Physician Assistant/Nurse Practitioner Kevin Ailey — we are waiting an 3/25/22 the surgeons return to weight to progress

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name: _____

  Prescription Number: _____

___ Other: _____

Explain your need for request: Can you please speed up the process in my surgery I Am ?

Offender's request was received at Dispensary:

Date: _____ By: _____

Action Taken: _____

20063 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

MASTER

---

Message from Medical

Name: Cordova, Christopher
DOC# 125710
UNIT 10-203
Date 12/23/20

I will be your new provider. I have reviewed your records. Your previous provider requested an ultrasound, which was approved and is coming up. I am unable to "speed up the rates" as you requested, as all procedures must first be approved by CHP, and then are scheduled with the schedulers for the specialists. I have no control over those events. Amanda is ready over an emergency, so try to remain calm until your procedure. If you are indeed having a medical emergency you will need to declare it, and

Suffering badly I am in terrible discomfort — ing pain. It's going on 2 years I have tears in my left and right groin. It's painful it collapsed caved in. I+ feels like I've been stabbed with a jagged knife all the way across my lower groins. I+ doesn't heal it's getting worse. I really need help I know my own body. It's severe and chronic. I need surgery badly please help me. Thank you and God Bless

Sincerely,

pay the co-pay. I+ is not a medical emergency. You can rest assured that your ~~diagnosis~~ is perhaps you have ~~chronic groin~~ pain.

4-308

Chris J. Cordova #185101
SCF 1C-202
P.O. Box 6000
Sterling, Co. 80751

Office Of The Clerk
Alfred A. Arraj United States
Courthouse Room-A 105
Denver, Co. 80294-3589



Restricted Inspection Mail Stamp

FACILITY  S.C.F

DATE REC'D  1-20-22

DOC EMPLOYEE LAST NAME  D Young

D# D.12097  INT DY

OFFENDER LAST NAME  Cordova

DOC#  135101

INT  CC